# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICO D. LOFTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ERIC TICE, et al. | : | NO. 20-1478 |

**O R D E R**

JOHN M. GALLAGHER, J.

AND NOW, this 2nd day of October, 2024, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. All claims in this petition for a writ of habeas corpus are DISMISSED AS PROCEDURALLY DEFAULTED; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John M. Gallagher
JOHN M. GALLAGHER, J.